**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BURLINGTON STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Case No.: 1:21-cv-12983-JHR |

**ORDER ADJOURNING DEFENDANT'S MOTION TO DISMISS TO OCTOBER 3, 2022
AND SETTING BRIEFING SCHEDULE**

Upon consideration of the parties' joint letter request of July 25, 2022, the Court hereby adjourns Defendant Zurich American Insurance Company's Motion to Dismiss to October 3, 2022. Plaintiff Burlington Stores, Inc.'s opposition shall be filed by September 9, 2022. Zurich's reply shall be filed by September 26, 2022.

**SO ORDERED.**

**July 29, 2022**                                              **/s/** Joseph H. Rodriguez

                                                                     ─────────────────────────────

                                                                     JOSEPH H. RODRIGUEZ, U.S.D.J.